

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00537-CV

Joshua **KALINCHUK**,
Appellant

v.

**JP SANCHEZ CONSTRUCTION CO.**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30733
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee JP Sanchez Construction Co. recover its appellate costs, if any, from appellant Joshua Kalinchuk.

SIGNED August 17, 2016.

_____
Marialyn Barnard, Justice